ND Miss. Form P3, Complaint Challenging Conditions of Confinement (4/00)                    Page 1

## United States District Court
## Northern District of Mississippi

**FILED**

DEC 29 2010

DAVID CREWS, CLERK

By_____ Deputy

_Danny A. Solomon_

**Plaintiff**

v.

Case No. _1:10CV 337-M+_

_Sheriff Dolph Bryan of the Oktibbeha County Jail_

**Defendant**

### Prisoner's Complaint Challenging Conditions of Confinement

1.  The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

    A. Legal name: _Danny A. Solomon (Danny Antwyn Solomon)_

    B. Name under which sentenced: _Danny Antwyn Solomon_

    C. Inmate identification number: _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_

    D. Plaintiff's mailing address (street or post office box number, city, state, ZIP): _111 Dr. D.L. Conner Drive Starkville, MS 39759_

    E. Place of confinement: _____

2.  Plaintiff names the following person(s) as the Defendant(s) in this civil action:

    Name: _Dolph Bryan_

    Title (Superintendent, Sheriff, etc.): _Sheriff_

    Defendant's mailing address (street or post office box number, city, state, ZIP) _111 Dr. D.L. Conner Drive Starkville, MS 39759_

ND Miss. Form P3, Complaint Challenging Conditions of Confinement (4/00)          PAGE 2

| | |
|---|---|
| Name: | Jimmy Vaughn |
| Title (Superintendent, Sheriff, etc.): | Jail Administrator |
| Defendant's mailing address (street or post office. box number, city, state, ZIP) | 111 Dr. D.L. Conner Drive |
| | Starkville, MS 39759 |

| | |
|---|---|
| Name: | Ed Blasingaine |
| Title (Superintendent, Sheriff, etc.): | Shift Supervisor / Head Jailer) |
| Defendant's mailing address (street or post office box number, city, state, ZIP) | 111 Dr. D.L. Conner Drive |
| | Starkville, MS 39759 |

| | |
|---|---|
| Name: | Ricky Emerson, Jesse Stanley, and D.J. McCaskil |
| Title (Superintendent, Sheriff, etc.): | Jailers |
| Defendant's mailing address (street or post office box number, city, state, ZIP) | 111 Dr. DL. Conner Drive |
| | Starkville, MS 39759 |

(If additional Defendants are named, provide on separates sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3.  Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment? ☐ Yes   ☑ No

4.  If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

A. Parties to the lawsuit:

Plaintiff(s): _____   *N/A*

Defendant(s): _____

B. Court: _____   C. Docket No.: _____

D. Judge's Name: _____  *N/A*  E. Date suit filed: _____

F. Date decided: _____   G. Result (affirmed, reversed, etc.): _____

5.  Is there a prisoner grievance procedure or system in the place of your confinement? ☐ Yes   ☑ No

6.  If "Yes," did you present to the grievance system **the same facts and issues** you allege in this complaint? (See question 9, below). ☐ Yes   ☑ No

7.  If you checked "Yes" in Question 6, answer the following questions:

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                    PAGE 3

A. Does the grievance system place a limit on the time within which a grievance must be presented?   ☐ Yes    ☑ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed?   ☐ Yes    ☑ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

N/A

N/A

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

N/A

N/A

> **Special Note**: Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8.　If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

The reason why I checked no is because there isn't a grievance system here at the Oktibbeha County Jail. That is why I feel so helpless. They do not care how you feel over, they just want to allow you to sit in jail, and when you go to court get thrown away for life. I've been locked up in this jail for 20 months.

9.　Write below, as briefly as possible, the **facts** of your case. Describe how **each** Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

On October 6, 2010 I got jumped by 3 to 4 guys in a gang organization for no reason. The guys were wearing masks so I couldn't identify them, but I have a good idea who they were. I was a trustee at the time, and they came in the trustee cell, and jumped on me around 9:10p.m-9:30p.m. Rick Emerson was in charge that night, and when I got jumped no jailer was on the floor. They broke my nose and a bone in my face, and I went to the emergency room and that is what the doctor said. Someone put my name in some mess, I had no dealings with, and they (gang) found out I had nothing to do with it. I got beat up for nothing. Then they want to lie, saying I had prior fractures. I never broke my nose before. Sheriff Dolph Bryan and Jimmy Vaughn said they are not going to take me to the doctor, or give me surgery the way I'm supposed to. Mr. Ed Blasingame feeding me lies that don't make sense. The sheriff wouldn't even talk to me, and I believe the letter I wrote to him was not taking seriously. Misty, the nurse, said that the Sheriff is not going to take me to the doctor. She said this on December 23, 2010. I pressed charges

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                 PAGE 5

on two of the guys, but I charged them with simple assault, and that's it. It felt like more than just simple assault. They haven't let me press anymore charges on anyone else since then. The jail is just wanting me to blow this over. I can't do that.

10.  State **briefly** exactly what you want the court to do for you. Do not make legal arguments. Do not cite legal authority.

I want them to pay for all of my attorney fees.
I want them to pay for pain and suffering.
I also want them to pay for all of my medical fees.

See Ex-A
For more on Question (9) See Ex-A

This Complaint was executed at (location):       Oktibbeha County Jail

and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date: 24 Dec. 2010

Plaintiff's Signature

Continuations of Question 9

1.

19 Dec 2010

(Ex-A)

To Whom This May Concern:

I am writing to the United States District Court, Northern District of Mississippi. I have a complaint from the Oktibbeha County Jail. I'm an inmate here, and on October 6th 2010, I got jumped by 3&4 guys in a gang organization for no reason at all. The guys were wearing masks, so I wouldn't identify them. The thing about that though is three cells were opened during that time: Cell 4, 5, and 9. The reason why I know it was a couple of guys from cell 9, is because of their built, they were all black, and shoe sizes. Also, a few people told me they were from cell 9. I never understood why I got jumped by those guys from that cell, because I did not have any problems with them. The 3&4 guys jumped me, and I was brutally beaten. They broke my nose, they broke a bone on my face, and they emotionally scared me. I haven't felt the same emotionally since the incident occured. I am paranoid, I have constant flashbacks, and my head rings alot. I've been waiting since the incident occured for surgery, but it is like they don't want to give me surgery. I am referring to the jail. They have made excuses, saying that my nose has had prior fractures. That isn't true. This is the first time my nose has been broken. This is true. The jail is just trying to stay away from paying the bill for the surgery. At first, they said they were not going to give me surgery, then the nurse said that I supposed to have went to the doctor this past Tuesday, but I didn't go. You know. So, I'm still waiting. I wasn't fighting, I got jumped. They came back to cell 10, the trustee cell, in which I was a trustee when the incident occured. The jail administrator put me on protective custody. When the incident occured, no jailer was on the floor for security. No jailer. They took me to the hospital, and the doctor said that once the swelling went down on my face, that I needed to get surgery. The doctor said my nose is broken. The gang members were kicking me, punching me, and stomping me on my head. I tried to cover up the best way I could, because I was close to blacking out.

## Continuations of Question 9

I feel like the jail isn't taking me seriously, and I feel like they want me to let this go, but I can't. The guys I pressed charges on, two guys, the jail is not pressing the issue. I want to press charges on two more guys, but they haven't let me. I felt like they should be charged more than just simple assault. I feel helpless because Oktibbeha County Court System is crooked. It is all about throwing people away from society. Throwing people lives away. This is the first time getting into any trouble here in Oktibbeha County. I am not a criminal. I am a good-hearted person, who got very intoxicated on my birthday, and blacked out. I put myself in a situation that I never thought I would be in. I made a mistake. Yes. I'm not going to drink ever again. I've been locked up for 20 months in the Oktibbeha County Jail. Please do not judge me based off of my charges. I am charged with Sexual Battery, Kidnapping, and Burgulary of an Occupied Dwelling. These are some very bogus charges. I'm not guilty of my charges. The investigators took advantage of me because I was drunk, and not in my right state of mind. What me and the other person did was consentual. I didn't kidnap anyone, and I did not break in nor did I take anything out of anyones apartment. I accidentally went into the wrong apartment, and the door was already unlocked so I just went in. I suppose to be going to court in January, and I do not want my life to be messed up. I'm not a violent person, and I didn't mean to harm anyone. I'm still in the Army National Guard, I haven't been discharged. Before I got locked up I was trying to pay off my debt to get back in school, doing the military thing, and staying out of trouble. I got into some small trouble in the past, but stayed out of trouble for a while. All I am asking is for a second chance. I want to go back to college, graduate, and become a commissioned officer. I have goals for myself. I do not want to make prison nor jail by any means-that is right my home. I want to do right. They let me go, I will go back home to Georgia. I will not come back to Mississippi ever again. I've been through a lot, and I just want to move on with my life. I am asking for your concern. I need

3.

## Continuations of Question 9

your help. I feel helpless. I am asking you may you please send me a form under 42 USC § 1983, the Northern District of Mississippi's Form P3, and a United States Marshal's Form USM-285. I cannot pay the fee, so I am seeking authorization to proceed in forma pauperis by completing the Pauper's Affidavit. I want to complete one, so I can send it to you. Can the jail open it? Because I do not want what you send to me to be thrown away, and I never get the forms. I am still in jail, so send the forms to the jail address:

Danny A. Solomon
111 Dr. DL Conner Dr
Starkville, MS 39759

I would surely thank you, and I hope to hear from you really soon. God Bless You.

Sincerely,
Danny Solomon

P.S: Respond to this A.S.A.P.
Thank You.

4.

## Continuations of Question 9

. Events⇒ The guys ran into the trustee cell, and jumped me.

* October 6, 2010⇒ around 9ish I got jumped by 3 to 4 guys in a gang organization. For ~~reason~~ what reason, I do not know. Wearing masks for cover.   *around 10 to around 11:30 p.m. I went to the emergency room to get checked because my nose was bleeding, and it looked broken.

    *The doctor gave me a X-ray, and told me that my nose was broken, and I had a broken bone under my left eye. She told me that when the swelling goes down to get an appointment for surgery.

    * After I left the hospital, and came back to the jail, jailer Rick Emerson put me in a padded cell for the night. I also went to a deputy that night to file a statement.

* October 7, 2010⇒ around 8 to 10 in the morning, jailer Wayne Brown, came to the padded cell, and got my blue trustee shirt. I asked why he was taking my trustee status, and he told me Mr. Jimmy Vaughn told him to. He is the jail administrator. That is when they moved me from the pad to 126 (mental/protective custody). They locked me down in one of the cells by myself. At first, I thought I was being punished

* For what?

* October 8, 2010⇒ around 4ish in the afternoon they took me off of lock down. I was wondering the whole time why I was locked down in the first place.

* Either October 13th or 14th, 2010⇒ Around 8ish in the morning they let me talk to Mr. Jimmy Vaughn the jail administrator. Mr. Vaughn said he didn't fire me off of trustee status, he wasn't punishing me, he just put me in protective custody.

* See at first I thought I got jumped because two guys got into it with me on the basketball court for playing rough. That wasn't the reason

2.

* Supposedly someone put my name in some business that I had no parts in. Someone said that I shot a scroll about Edward Ware having drugs and cigarettes, and selling them to inmates. I didn't do anything like that, and they found out that I didn't do it. I got jumped on and brutally beaten for nothing.

* Around October 13th - End of October 2010→ I sent a sick call form asking them for surgery, because I was ready for surgery. I will say a few days later the nurse came to see me, her name is Misty, and she told me that she didn't know about my situation, and she will do what she could to get my situation taken care of.

* I waited patiently, because I didn't want to be disrespectful to authority, and I know the jail really doesn't care about situations like mine, they just want to protect themselves, so they won't be in a deep hole. So, I just remained calm.

* The nurse, Misty came again and this time she told me that Sheriff Dolph Bryan wasn't going to pay for the surgery. I became very frustrated because my nose really needed surgery. Ever since the night I got jumped on October 6, 2010, my head has been ringing a lot, and I can tell a difference in my breathing. I am emotionally scared, and I've become very paranoid. I have flashbacks. Misty told me to write to the Sheriff and explain to him my situation, and I really need surgery. Misty showed me medical papers saying that my nose was already broken, and I already had prior fractures. That is when I knew the jail was trying to cover themselves, and they are trying to screw me over. Prevent themselves for paying for my surgery. To be honest I haven't been in that many fights. I've never broken my nose. This is the first time my nose has been broken. I got jumped on, I didn't get into a fight.

Continuations of Question 9

Events (cont')

* Around November 2010 after I sent a letter to the Sheriff, I talk to Mr. Ed Blasingaine, and asked him did the Sheriff get, and Mr. Ed said he did give it to the Sheriff.

* Misty the nurse came a couple of days later, and asked me did the Sheriff talk to me. I said no. She said they ~~were~~ supposed to talk with me, but they never did. So, she said they are going to let me see the doctor that next Tuesday (December 14th). So, I was thinking they understood where I was coming from.

* December 1st or 2nd of 2010 → I asked Mr. Ed Blasingaine if I could go on the yard to play basketball, and he told me "no" I couldn't be outside with general population. He said that was the jail administrator said, and he also said that if I play basketball outside with general population I might as well lock back down with them. Then I asked them (Mr. Ed) if I could get my trustee status back, but he said the Sheriff said no, because what happened to me in February 2010, when I slammed the door and locked myself in the laundry room. That was when I was a trustee in the laundry room. The reason why I did that was because Mr. Ed was treating me like an animal, so instead of venting my frustration on him, I went in the laundry room to calm down. They took it the wrong way. Yet, Mr. Vaughn gave me another chance at being a trustee this August 2010. He gave me a second chance, so why would they bring something up like that. If that was the case they should have never gave me a second chance at trustee status. It just doesn't make any sense. I was taking advantage of my trustee status, before I got jumped on. Now I can't get it back. So, to prevent from getting myself in trouble, I just told Mr. Ed to put me back on the floor with general population. I felt screwed over. It's not fair. Abusing authority. I felt all they wanted to do is make me get angry and snap.

4.

* I got my name cleared, by the gang organizations, and they know I had nothing to do with what happened to Edward Ware. The guys that jumped that were wearing masks, did that on their own call. I am 100% sure the guys came out of cell 9. Cells 4, 5, and 9 were out when I got jumped. Just remembering their built, and people talking to me, I knew it was cell 9 for sure, I just didn't know exactly which guys did it to me. I was very confused because I thought I was in good standing with the cell. I never had any problems with them. Following names:

1) "Nucy" ⇒ (Last name) Thompson         I believe Edware Ware
2) "Lil Plug" ⇒ (Last name) Pegues          shot the word to them,
3) "J-Roc" ⇒ Josh Norman                    and I believe he put my
4) "Bird" ⇒ Cedric Clark.                        name in this mess, because
5) "Stomp" ⇒ (Last name) Carpenter           he doesn't like me. (Personal)

It is between these guys. Two of the guys: Nucy and J-Roc are still here, and they talk to me, and their body language shows that they feel bad what happened to me, and they are trying to get in good standings with me, even though I believe they had something to do with me getting jumped. The other 3 went to prison, and are in prison now. I pressed charges on Nucy and Stomp, I could only charge them with simple assault, even though they put harm on me physically and emotionally. They wouldn't let me press charges on anyone else because of the fact that they were wearing masks. The jail really wants me to let this blow over, but I'm trying to get surgery and justice. I feel helpless.

* When I got jumped that night, no jailer was present on the floor.

* I went to another deputy to file another statement, based off just asking questions, and just trying to figure out what really happened, and why it happened. Till this day I'm still trying to figure out who jumped me because it was plotted.

