## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**DANNY ANTWYN SOLOMON**                                                           **PLAINTIFF**

**V.**                                            **NO. 1:10CV337-M-A**

**DOLPH BRYAN, et al.**                                               **DEFENDANTS**

### FINAL JUDGMENT

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated September 12, 2011, was on that date duly served by mail upon Plaintiff and Defendants at their last known addresses; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party. The court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. Therefore, it is

**ORDERED:**

(1) the Report and Recommendation of the United States Magistrate Judge dated September 12, 2011 (docket entry 16), is hereby APPROVED and ADOPTED as the opinion of the court;

(2) the complaint is dismissed for failure to state a claim upon which relief may be granted; and

(3) this matter is CLOSED.

THIS the 10th day of November, 2011.

                                                            **/s/ MICHAEL P. MILLS**
                                                            **CHIEF JUDGE**
                                                            **UNITED STATES DISTRICT COURT**
                                                            **NORTHERN DISTRICT OF MISSISSIPPI**